

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2021

No. 04-20-00542-CR

Lavelle **SIMPSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10236
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

Appellant's second motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **April 1, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court